# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

July 17, 2015

| | |
|---|---|
| No. 14-2568 | CANDIS M. FLINT,<br>Plaintiff - Appellant<br><br>v.<br><br>CITY OF BELVIDERE, et al.,<br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:11-cv-50255<br>Northern District of Illinois, Western Division<br>District Judge Frederick J. Kapala ||

**To:**  Mr. Garrett L. Boehm Jr.
JOHNSON & BELL, LTD.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603-0000


**To:**  Mr. Brian P. Gainer
JOHNSON & BELL, LTD.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603-0000

|        |                              |
|--------|------------------------------|
| **To:** | Mr. James Joseph Macchitelli |
|        | 1051 Perimeter Drive         |
|        | Suite 400                    |
|        | Schaumburg, IL 60173         |

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within three (3) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your petition for rehearing, which has been deemed deficient for filing due to the following procedural concern(s):

A table of authorities (one list alphabetically arranged), statutes and other authorities with references to the pages where they are cited in the brief. See Fed. R. App. P. 28(a)(3).

The resubmission will be deemed timely if the electronic filing is accomplished within three (3) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court


By: Deputy Clerk:

_____

Greg Wzorek


NOTE:   Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.